■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BOYD, Appellant. [836 NYS2d 475]—Appeal from a judg-

ment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered August 18, 2005. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Gorski, Martoche, Smith and Green, JJ.